MORRIS FROGEL.— Motion to dismiss appeal dismissed, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM A. YOUNG v. SIDNEY M. EDELSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. STATEN ISLAND AND MIDLAND RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. STATEN ISLAND AND MIDLAND RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. STATEN ISLAND AND MIDLAND RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. STATEN ISLAND AND MIDLAND RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, and Others, v. CANDACE E. Q. CAMP, as Sole Executrix, etc., of HUGH N. CAMP, JR., Deceased, and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH W. HARRIMAN, as Executor and Trustee, etc., of WILLIAM M. HARRIMAN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or before May 12, 1926; and if condition be complied with, the case to be placed on the day calendar of this court for May 27, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

1017 FIFTH AVENUE CORPORATION v. HARRIS D. COLT and Another, as Trustees, etc., of RICHARD ARNOLD, Deceased.— Motion granted so far as to dismiss said appeal, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

KATE KAPLAN v. NEW YORK RAPID TRANSIT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS EPSTEIN v. SIMON FUCHSMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before June 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS EPSTEIN v. SIMON FUCHSMAN.— Motion for extension of time granted, on condition that appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before June 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS SILVER v. ABRAHAM S. GREENHAUS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. E'LA HORTENSE TOLLIVER v. WOMEN'S AUXILIARY TO THE CLUBMEN'S BENEFICIAL LEAGUE, INC.— Motion